Meng Zhong
Nevada Bar No. 12145
Dale Kotchka-Alanes
Nevada Bar No. 13168
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: mzhong@LRRC.com
E-mail: mkotchkaalanes@LRRC.com

*Attorneys for Plaintiff*
*JoshCo Tech, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHCO TECH, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL WHITE, an individual,<br><br>Defendant. | Case No.:  2:20-cv-00521-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and District of Nevada Local Rule IA 6-1, Plaintiff JoshCo Tech, LLC ("JoshCo Tech") and Defendant Cheryl White ("Defendant") stipulate that JoshCo Tech may have up to and through Tuesday, August 4, 2020, to file and serve its response to Defendant's Motion to Dismiss filed on July 7, 2020 (ECF No. 10.) There is good cause for the extension, as counsel for JoshCo Tech has back-to-back depositions over the next two weeks and additional scheduling conflicts.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

111747801.1

1   Accordingly, the parties hereby agree and stipulate that JoshCo Tech shall have up to and
2   through Tuesday, August 4, 2020, to file and serve its response to the Motion to Dismiss.

3   **IT IS SO AGREED AND STIPULATED.**

4   DATED this 15th day of July, 2020.

| BORGHESE LEGAL, LTD. | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: /s/ Mark Borghese<br>Mark Borghese<br>10161 Park Run Drive, Suite 150<br>Las Vegas, NV 89145<br>Tel: 702-382-0200<br>E-mail: mark@borgheselegal.com<br><br>*Attorneys for Defendant, Cheryl White* | By: /s/ Meng Zhong<br>Meng Zhong<br>Dale Kotchka-Alanes<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Tel: 702.949.8200<br>E-mail: mzhong@LRRC.com<br>E-mail: bblakley@LRRC.com<br><br>*Attorneys for Plaintiff*<br>*JoshCo Tech, LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 17, 2020

111747801.1