1

2

3

4                          UNITED STATES DISTRICT COURT

5                               DISTRICT OF NEVADA

6                                      * * *

7    JOSHCO TECH, LLC,                              Case No. 2:20-CV-521 JCM (EJY)

8                            Plaintiff(s),                      ORDER

9          v.

10   DOES 1-4,

11                          Defendant(s).

12

13         Presently before the court is defendant Cheryl White's motion for attorney's fees.  (ECF

14   No. 26).  Plaintiff JoshCo Tech, LLC filed a response, (ECF No. 27), to which defendant replied,

15   (ECF No. 29).

16         Also before the court is plaintiff's motion for reconsideration.  (ECF No. 28).  Defendant

17   responded, (ECF No. 30), to which plaintiff replied, (ECF No. 31).

18         On October 26, 2020, this court dismissed plaintiff's claims for lack of personal

19   jurisdiction with prejudice.  (ECF No. 23).   This court grants plaintiff's instant motion for

20   reconsideration, but only to the extent that the dismissal is now "*without* prejudice."  (ECF No.

21   28).  Reconsideration is appropriate if the court "committed clear error or the initial decision was

22   manifestly unjust."  *Sch. Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).  This

23   court's dismissal should have been without prejudice.   "Dismissals for lack of jurisdiction

24   'should be . . . without prejudice so that a plaintiff may reassert his claims in a competent

25   court.'"  *Freeman v. Oakland Unified Sch. Dist.*, 179 F.3d 846, 847 (9th Cir. 1999) (citing

26   *Frigard v. United States,* 862 F.2d 201, 204 (9th Cir. 1988)).

27         Having now dismissed plaintiff's claims *without* prejudice, this court denies defendant's

28   motion for attorney's fees.  (ECF No. 26).  Defendant is not the "prevailing party" as required for

**James C. Mahan**
**U.S. District Judge**

1    her motion.  *See Gold Value Int'l Textile, Inc. v. Sanctuary Clothing, LLC*, 925 F.3d 1140, 1149–

2    50 (9th Cir. 2019) (finding that a party is a "prevailing party" entitled to attorney's fees if the

3    party obtained a court order that "create[s] a material alteration of the legal relationship of the

4    parties."). The instant dismissal for lack of personal jurisdiction does not materially alter the

5    legal relationship between the parties.  *See Oscar v. Alaska Dep't of Educ. & Early Dev.*, 541

6    F.3d 978, 981 (9th Cir. 2008) ("[D]ismissal without prejudice does not alter the legal relationship

7    of the parties.").

8           Accordingly,

9           IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for

10   attorney's fees (ECF No. 26) be, and the same hereby is, DENIED.

11          IT IS FURTHER ORDERED that defendant's motion for reconsideration (ECF No. 28)

12   be, and the same hereby is, GRANTED in part.

13          DATED December 28, 2020.

14                                                _____
                                                  UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**
                                                          - 2 -